REVISED: MARCH 13, 2012

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**PRESSURE SYSTEMS INTERNATIONAL INCORPORATED,**
*Plaintiff-Appellant,*

v.

**AIRGO IP, LLC, AIRGO SYSTEMS, LLC, and ANTHONY INGRAM,**
*Defendants-Appellees,*

*and*

**JOHN BRADLEY,**
Defendant.

———————————

2011-1544

———————————

Appeal from the United States District Court for the Southern District of Texas in consolidated Case Nos. 08-CV-0245 and 08-CV-0200, Judge Lynn H. Hughes.

———————————

**JUDGMENT**

———————————

ERIC M. ADAMS, Mehaffy Weber, P.C., of Houston, Texas, argued for plaintiff-appellant.

JEFFREY L. OLDHAM, Bracewell & Giuliani LLP of Houston, Texas, argued for defendants-appellees. On the brief were GREG A. CASTRO and JAY P. WALTERS, Fellers, Snider, Blankenship, Bailey & Tippens, of Oklahoma City, Oklahoma. Of counsel was JOHN H. BARR, JR., Bracewell & Giuliani LLP.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 13, 2012         /s/ Jan Horbaly
    Date                    Jan Horbaly
                              Clerk